IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOSC, INC., and THOMAS WAYNE
HAYES,

      Plaintiffs/Counterdefendants,

vs.                                        Civ. No. 15-1042 KG/LF

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO,

      Defendant/Counterclaimant.

## FINAL ORDER AND JUDGMENT

Having granted Defendant's Counter-Motion for Judgment Compelling Arbitration (Docs. 15) by entering a Memorandum Opinion and Order contemporaneously with this Final Order and Judgment,

IT IS ORDERED that

1. BOSC, Inc. and Thomas Wayne Hayes' claims are dismissed with prejudice;

2. judgment is entered in favor of the Board of County Commissioners of the County of Bernalillo on its counterclaim to compel BOSC, Inc. and Thomas Wayne Hayes to arbitrate the controversy between them and the Board of County Commissioners of the County of Bernalillo before FINRA Dispute Resolution, Inc.; and

3. this lawsuit is, therefore, terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE